IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CMN.COM., LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:15CV972 |

**ORDER**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Nachamanoff entered September 28, 2015. Defendant has not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case, the Court adopts the findings and recommendation of Magistrate Judge Nachmanoff. It is hereby,

ORDERED that a default judgment be entered against Defendants in favor of Plaintiff's claims under the Anti-cybersquatting Consumer Protection Act ("ACPA"), and the Plaintiff's remaining claims are hereby DISMISSED without prejudice. It is

FURTHER ORDERED as further relief in this matter that the Registry of Record, being Verisign, The Public Interest Registry, or some other Registry, shall promptly change the registrar for the domain names Bestedsites.com, AssociatesDegree.com,

Onlineuniversities.net, NursingDegree.net, ZenCollegeLife.com, Onlineclasses.net, OnlineCourses.net, MasterDegree.com, OnlineColleges.org, MBAOnline.com, Onlineschool.org, and MSNdegree.com as directed by Plaintiff's counsel, and it is

FURTHER ORDERED that the registrar of the domain names listed in the previous paragraph of this Order shall place the referenced domain names in the account as directed by Plaintiff's counsel.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 8, 2015